IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00968-DME-KLM

KATHLEEN CHYTKA,

    Plaintiff,

v.

WRIGHT TREE SERVICE, INC.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion for Leave to File an Amended Complaint** [Docket No. 8; Filed June 7, 2011] and **Unopposed Motion to Vacate Scheduling/Planning Conference and Related Case Deadlines** [Docket No. 9; Filed June 7, 2011] (collectively, the "Motions").

    IT IS HEREBY **ORDERED** that the Motions are **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that the deadline for Plaintiff to file an amended complaint is extended to **June 27, 2011**.

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for June 15, 2011 at 10:30 is **vacated** and **RESET** to **August 29, 2011 at 9:30 a.m.** in Courtroom C-204 of the Byron G. Rogers United States Courthouse.

    IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures.  The parties shall submit the proposed scheduling order no later than **August 24, 2011**.

    IT IS FURTHER **ORDERED** that each party shall submit a Confidential Settlement Statement no later than **August 24, 2011**.  Parties participating in the District of Colorado ECF system shall submit their Confidential Settlement Statement in PDF format via email to Mix_Chambers@cod.uscourts.gov.  Parties not participating in ECF shall submit their Confidential Settlement Statement as a hard copy by delivering it to the Clerk of the Court or by mailing it directly to Magistrate Judge Mix in an envelope marked "Confidential and Private per Order of Magistrate Judge Mix."

    Dated:  June 8, 2011