IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00968-DME-KLM

KATHLEEN CHYTKA,

    Plaintiff,

v.

WRIGHT TREE SERVICE, INC.,

    Defendant.
_____

**MINUTE ORDER**
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Second Unopposed Motion to Vacate Scheduling/Planning Conference and Related Case Deadlines** [Docket No. 15; Filed August 16, 2011] (the "Motion").  Defendant does not oppose postponing the Scheduling Conference, but seeks a shorter postponement than that proposed by Plaintiff. *See Motion* [#15] at 1.  Given Plaintiff's counsel's pending Motion to Withdraw [Docket No. 16],[1]

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Conference set for August 29, 2011 at 9:30 a.m. is **vacated** and **RESET** to **October 27, 2011 at 10:00 a.m.** in Courtroom C-204 of the Byron G. Rogers United States Courthouse.

    IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures.  The parties shall submit the proposed scheduling order no later than **October 24, 2011**.

    IT IS FURTHER **ORDERED** that each party shall submit a Confidential Settlement Statement no later than **October 24, 2011**.  Parties participating in the District of Colorado ECF system shall submit their Confidential Settlement Statement in PDF format via email to Mix_Chambers@cod.uscourts.gov.  Parties not participating in ECF shall submit their Confidential Settlement Statement as a hard copy by delivering it to the Clerk of the Court or by mailing it directly to Magistrate Judge Mix in an envelope marked "Confidential and Private per Order of Magistrate Judge Mix."

    Dated:  August 17, 2011

---

[1] The Motion to Withdraw [#16] has not been referred to me, and I take no position as its merits.