IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00968-DME-KLM

KATHLEEN CHYTKA,

    Plaintiff,

v.

WRIGHT TREE SERVICE, INC.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's letter, filed by the Clerk's Office as a **Motion to Amend** [Docket No. 38; Filed December 12, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE** for Plaintiff's failure to comply with D.C.COLO.LCivR 7.1A., which requires Plaintiff to confer with opposing counsel prior to filing such a motion.  *See also Ord.*, [#36].  Plaintiff may access a copy of the Local Rules on the Court's website at:
                      http://www.cod.uscourts.gov/RepresentingYourself.aspx

    Dated:  December 30, 2011