IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00968-DME-KLM

KATHLEEN CHYTKA,

    Plaintiff,

v.

WRIGHT TREE SERVICE, INC.,

    Defendant.
_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's letter, filed by the Clerk's Office as a **Motion to Amend** [Docket No. 43; Filed January 9, 2012] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE** for Plaintiff's failure to comply with D.C.COLO.LCivR 7.1A.,[1] which requires Plaintiff to confer with opposing counsel prior to filing such a motion:

> The Court will not consider any motion, other than a motion under Fed. R. Civ. P. 12 or 56, unless counsel for the moving party or a *pro se* party, before filing the motion, has conferred or made reasonable, good faith efforts to confer with opposing counsel or a *pro se* party to resolve the disputed matter. The moving party shall state in the motion, or in a certificate attached to the motion, the specific efforts to comply with this rule.

The Motion is subject to denial on this basis alone. The Court has already warned Plaintiff that she must comply with all Local Rules.  *See* Order [#36]; *Minute Order* [#42]. Plaintiff has not shown the Court that she made a "reasonable, good faith effort" to confer. After contacting opposing counsel about a disputed matter, the moving party is advised to wait **at least three business days** for a response **before** filing a motion with the Court.

    Dated:  January 9, 2012

---

[1] Plaintiff may access a copy of the Local Rules on the Court's website at: http://www.cod.uscourts.gov/RepresentingYourself.aspx