# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kristen L. Mix

| | |
|---|---|
| **Civil Action No.: 11-cv-00968-REB-KLM** | **FTR** - Reporter Deck - Courtroom C-204 |
| | Byron G. Rogers United States Courthouse |
| **Date: April 23, 2012** | Courtroom Deputy, Monique Wiles |

KATHLEEN CHYTKA                                    Pro Se

    **Plaintiff(s),**

v.

WRIGHT TREE SERVICE, INC.                          Brett C. Painter

    **Defendant(s).**

## COURTROOM MINUTES / MINUTE ORDER
**HEARING: TELEPHONIC DISCOVERY HEARING**
**Court in Session: 2:02 p.m.**
Court calls case. Appearance of counsel.

This matter is before the Court regarding **Plaintiff's Motion for 30(6)(B) (sic) [Doc. No. 55, filed 4/6/2012]** and **Defendant's oral Motion to Compel production of daily log.**

Plaintiff is proceeding *pro se*. The Court explains how to pursue a Rule 30(b)(6) deposition.

Plaintiff and Counsel for Defendant provide background and basis for the discovery dispute. For reasons stated on the record,

**It is ORDERED:**      **Plaintiff's oral Motion to Withdraw Motion for 30(6)(B)(sic) [Doc. No. 55, filed 4/6/2012] is GRANTED.** Docket No. 55 is deemed WITHDRAWN.

**It is ORDERED:**      Defendant's oral Motion for Compel production of daily log log is **GRANTED.** Plaintiff shall produce a copy of her daily log to Defendant's attorney **on or before April 30, 2012**.

HEARING CONCLUDED.

**Court in recess:   2:33 p.m.**
Total In-Court Time:    31 minutes
To order a transcript of this proceeding, contact Avery Woods Reporting at (303) 825-6119.