IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00968-REB-KLM

KATHLEEN CHYTKA,

    Plaintiff,

v.

WRIGHT TREE SERVICE, INC.,

    Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to add Xcel in on this law suit** [Docket No. 68; Filed May 16, 2012]; on Plaintiff's **A Motion to add Xcel for access to documents and to answer my questions** [Docket No. 69; Filed May 16, 2012]; and on Plaintiff's **A Motion to [ ] the Court to Subpoena Jim Downin and Adam Pena and Lois to Court** [Docket No. 70; Filed May 16, 2012] (collectively, the "Motions").

    The Court has repeatedly reminded Plaintiff, who is proceeding *pro se*, that she must comply with D.C.COLO.LCivR 7.1A.  *See* [#36, #42, #45, #52, #67].  Again, that Local Rule states:

> The Court will not consider any motion, other than a motion under Fed. R. Civ. P. 12 or 56, unless counsel for the moving party or a *pro se* party, before filing the motion, has conferred or made reasonable, good faith efforts to confer with opposing counsel or a *pro se* party to resolve the disputed matter.

Thus, Plaintiff must speak to opposing counsel about her requests to the Court before she files motions, unless, as the Local Rule states, she is filing a motion to dismiss or a motion for summary judgment.  Plaintiff must also tell the Court in her motions whether opposing counsel opposes the relief she requests or whether opposing counsel agrees to the relief she requests.  Plaintiff has also been warned that motions that do not comply with D.C.COLO.LCivR 7.1A. would be summarily stricken from the record.  *See, e.g.*, *Order* [#52] at 2.  Accordingly,

IT IS HEREBY **ORDERED** that the Motions [#68, #69, #70] are **STRICKEN**. Plaintiff may again file her requests after she has complied with D.C.COLO.LCivR 7.1A. as outlined above.

Dated:  May 17, 2012