IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00968-REB-KLM

KATHLEEN CHYTKA,

    Plaintiff,

v.

WRIGHT TREE SERVICE, INC.,

    Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Compel** [Docket No. 86; Filed June 4, 2012] and on Plaintiff's **Motion to Court for Recording Any Other Depositions and Strike the First One** [Docket No. 87; Filed June 4, 2012] (collectively, "Plaintiff's Motions").

    The Court has repeatedly reminded Plaintiff, who is proceeding *pro se*, that she must comply with D.C.COLO.LCivR 7.1A.  *See* [#36, #42, #45, #52, #67, #73, #85].  Plaintiff must tell the Court in her motions whether opposing counsel opposes the relief she requests or whether opposing counsel agrees to the relief she requests.  Neither of Plaintiff's Motions do so.  Plaintiff has also been warned that motions that do not comply with D.C.COLO.LCivR 7.1A. will be summarily stricken from the record.  *See, e.g.*, [#52, #73, #85].  Accordingly,

    IT IS HEREBY **ORDERED** that Plaintiff's Motions [#86; #87] are **STRICKEN**.

    Dated:  June 5, 2012