IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00968-REB-KLM

KATHLEEN CHYTKA,

    Plaintiff,

v.

WRIGHT TREE SERVICE, INC.,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Notice of Motion and Motion by Plaintiff for Compel of Points and Authorities Declaration of the Plaintiff Pro Se** [sic] [Docket No. 112; Filed August 6, 2012] (the "Motion"). Plaintiff seeks to compel written discovery from Defendant. However, the Discovery Deadline in this matter passed on July 5, 2012, and the Dispositive Motions Deadline was August 6, 2012. *See* [#85]. The time for discovery in this matter has closed and may only be re-opened by motion for good cause. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#112] is **DENIED**.

    Dated: August 13, 2012