IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00968-REB-KLM

KATHLEEN CHYTKA,

    Plaintiff,

v.

WRIGHT TREE SERVICE, INC.,

    Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to the Court for Answer to Plaintiff's Summary Judgment [Motion]** [Docket No. 132; Filed October 16, 2012] (the "Motion").  In the Motion, Plaintiff seeks an immediate ruling on her pending Motion for Summary Judgment [#81].

    IT IS HEREBY **ORDERED** that the Motion [#132] is **DENIED**.  A ruling will issue on Plaintiff's pending Motion for Summary Judgment in due course.

    Dated:  October 19, 2012