IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00968-REB-KLM

KATHLEEN CHYTKA,

    Plaintiff,

v.

WRIGHT TREE SERVICE, INC.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion on Why the Court Denied Plaintiff's Summary Judgment and Is Delaying the Plaintiff's Summary Judgment in Her Favor** [Docket No. 138; Filed October 24, 2012], which the Court construes as a Motion to Clarify its Minute Order issued October 19, 2012 [#136]. In that Minute Order, the Court construed Plaintiff's Motion to the Court for Answer to Plaintiff's Summary Judgment Motion [#132] as a motion seeking an immediate ruling on her pending Motion for Summary Judgment [#81].

    IT IS HEREBY **ORDERED** that the Motion to Clarify [#138] is **GRANTED**, and the Court clarifies as follows. The Court has not denied Plaintiff's Motion for Summary Judgment [#81]; in fact, the Court has made no ruling on that Motion for Summary Judgment as of this time. The Court's Minute Order of October 19, 2012 [#136] simply denied Plaintiff's request to immediately issue a ruling on the Motion for Summary Judgment. The Court will issue a ruling on Plaintiff's Motion for Summary Judgment in the future. The Court declines to provide a date as to when that ruling will issue.

    Dated:  October 29, 2012

1