IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00968-REB-KLM

KATHLEEN CHYTKA,

    Plaintiff,

v.

WRIGHT TREE SERVICE, INC.,

    Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to the Court to Not Deny Plaintiff Charges Against the Defendant** [Docket No. 154; Filed November 21, 2012] (the "Motion").

    The Court has repeatedly reminded Plaintiff, who is proceeding *pro se*, that she must comply with D.C.COLO.LCivR 7.1A.  *See, e.g.*, [#36, #42, #45, #52, #67, #73, #85, #89, #148, #151].  Plaintiff must tell the Court in her motions whether opposing counsel opposes the relief she requests or whether opposing counsel agrees to the relief she requests.  Plaintiff must tell the Court when and how she has attempted to confer with Defendant over the content of her motions.  The Motion does not provide this information.  Plaintiff has also been warned that motions that do not comply with D.C.COLO.LCivR 7.1A. will be summarily stricken from the record.  *See, e.g.*, [#52, #73, #85, #89, #148, #151].  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#154] is **STRICKEN**.

    Dated:  November 27, 2012