IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00968-REB-KLM

KATHLEEN CHYTKA,

    Plaintiff,

v.

WRIGHT TREE SERVICE, INC.,

    Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to the Court for Answer to My Summery of Judgement for $1,4 13122.27 or Are We Going to Court for a Jury Trial for the Amount of $3,999999.99 and It Will Start Go Up as the Months and Years Go on. . The Plaintiff Want to Know Why the Court is Holding Up Making a Decision on the Plaintiffs Summery of Judgement with All the Evidence the Plaintiff Has Put in and the Defendant Has Nothing?** [sic] [Docket No. 162; Filed December 3, 2012]; on Plaintiff's **Motion to the Court That Non of the Plaintiff Charges Against the Defendant Will Never Be Exhausted or Dropped for the Plaintiff Until This Case Is Settled Either in a Summery of Judgement or in a Jury Trial** [sic] [Docket No. 163; Filed December 3, 2012]; on Plaintiff's **Motion to the Court That the Court Make a Decision on Which Way They Are Going If They Are Ruling for me the Plaintiff for Her Summery of Judgment or If This Is Going to a Jury Trial With All the Evidence I Have in With the Court. That I Denie the Extension the Defendant is Asking for Because I Feel the Defendant Just Wants the Court to Keep Prolonging This Case and I Will Not Give Up We will All be Moving Out Here to Fight This If Need Be** [sic] [Docket No. 164; Filed December 13, 2012]; on Plaintiff's **Motion to the Court Motion to the Court That I Am Allowed to Be Emailed Any and All Paper Work That Pertains to This Case. That None of the Charges Against the Defendant Will Ever Be Exhausted or Dropped for the Plaintiff Until the Case is Settled Either by the Court or by a Jury Trial** [sic] [Docket No. 165; Filed December 13, 2012]; and on Plaintiff's **Motion to the Court I the Plaintiff Denies the Extension the Defendant Is Asking for Because I Feel the Defendant Just Wants the Court to Keep Prolonging This Case and I the Plaintiff Will Not Give Up We Will be Moving Out Here to Fight This Depending on the Courts Decision If the Plaintiff**

**Gets a Jury Trial and Has to Keep Fighting This or Will the Court Allow the Plaintiff Her Summery of Judgement So the Plaintiff Can Move on With Her Life and This Can Finally Be Ended.  On the Grounds That the Defendants Attorneys Had From 12-3-2012 to 12-13-2012 to Rebuttle on Plaintiff Papers Put Into the Court** [sic] [Docket No. 166; Filed December 13, 2012] (collectively, the "Motions").

The Court has repeatedly reminded Plaintiff, who is proceeding *pro se*, that she must comply with D.C.COLO.LCivR 7.1A.  *See, e.g.*, [#36, #42, #45, #52, #67, #73, #85, #89, #148, #151].  Plaintiff must tell the Court in her motions whether opposing counsel opposes the relief she requests or whether opposing counsel agrees to the relief she requests.  Plaintiff must tell the Court when and how she has attempted to confer with Defendant over the content of her motions.  The Motion does not provide this information.  Plaintiff has also been warned that motions that do not comply with D.C.COLO.LCivR 7.1A. will be summarily stricken from the record.  *See, e.g.*, [#52, #73, #85, #89, #148, #151].  Accordingly,

IT IS HEREBY **ORDERED** that the Motions [#162, #163, #164, #165, #166] are **STRICKEN**.

Dated:  December 17, 2012