IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00968-REB-KLM

KATHLEEN CHYTKA,

    Plaintiff,

v.

WRIGHT TREE SERVICE, INC.,

    Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to the Court Again to Give Me an Answer to This Motion; Motion to the Court That I Am Allowed to Be Emailed Any and All Paper Work That Pertains to This Case By the Court to the Email Address (teach109@gmail.com); Motion to the Court That None of the Charges Against the Defendant Will Ever Be Exhausted or Dropped for the Plaintiff Until the Case Is Settled Either By the Court or By a Jury Trial on the Grounds That the Plaintiff Has Had Her Proof in Exhibit Form Sense 8-1-2012 to Present To Prove Her Case** [sic] [Docket No. 171; Filed December 20, 2012]; on Plaintiff's **Motion to the Court Again To Give Me the Plaintiff an Answer in an Email To This Motion of If the Plaintiff Will Be Given Her Summery of Judgement or Is This Case Going To a Jury Trial With None of the Charges Beinng Dropped Against the Defendant. On the Grounds to Prove That the Court Is Not Prejudice Against the Plaintiff and the Court Does Not Set Up Innocent People So the Big Businesses Win and to Prove Thaht the Court Does Not Set Court Cases Aside Because They Do Not Want To Give an Answer To the Court Case To End It; Plaintiff Is Asking For an Answer Before Christmas So She Knows If Her the Plaintiffs Christmas Will Be an Other Struggle or If It Will Be a Good One Because the Court Will Allow the Plaintiff an Answer; Motion to the Court That None of the Charges Against the Defendant Will Never Be Exhausted or Dropped for the Plaintiff Until the Case Is Settled Either By the Court in Summery of Judgement or By a Jury Trial** [sic] [Docket No. 173; Filed December 20, 2012]; and on Plaintiff's **Motion to the Federal Court Judges For the Federal Court Judge To Email All a Decision on the Plaintiff Motions To Allow the Plaintiff Emails So No Decisions Are Made Without Plaintiff Knowledge About Extensions or Any Other Motions Unless This Court Is**

**Showing Prejudice Against the Plaintiff on the Following Ground** [sic] [Docket No. 176; Filed January 2, 2013] (collectively, the Motions).

The Court has repeatedly reminded Plaintiff, who is proceeding *pro se*, that she must comply with D.C.COLO.LCivR 7.1A. *See, e.g.*, [#36, #42, #45, #52, #67, #73, #85, #89, #148, #151, #170]. Plaintiff must tell the Court in her motions whether opposing counsel opposes the relief she requests or whether opposing counsel agrees to the relief she requests. Plaintiff must tell the Court when and how she has attempted to confer with Defendant over the content of her motions. The Motions do not provide this information. Plaintiff has also been warned that motions that do not comply with D.C.COLO.LCivR 7.1A. will be summarily stricken from the record. *See, e.g.*, [#52, #73, #85, #89, #148, #151, #170]. Accordingly,

IT IS HEREBY **ORDERED** that the Motions [#171, #173, #176] are **STRICKEN**.

However, as a courtesy to Plaintiff,

IT IS FURTHER **ORDERED** that the Clerk of the Court shall add the e-mail address provided by Plaintiff ([teach109@gmail.com](mailto:teach109@gmail.com)) so that Plaintiff will receive electronic notification of filings in this matter at her e-mail account. Plaintiff shall continue to receive hard-copy mailings of documents issued by the Court. Plaintiff shall not be permitted to electronically file any documents. Defendant shall continue to mail to Plaintiff, hard copies of documents it files in this matter.

Dated: January 4, 2013