IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00968-REB-KLM

KATHLEEN CHYTKA,

    Plaintiff,

v.

WRIGHT TREE SERVICE, INC.,

    Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to the Court to Have the Defendant Email the Plaintiff Information So the Plaintiff Will Know What Information the Court Needs That the Court Does Not All Ready Have That Proves the Plaintiffs Case in Exhibits or Any Other Information. And Allow the Plaintiff Time to Get Back to Colorado With the Plaintiffs Daughter and Her Baby Which I Am Trying to Find Out How Soon the Baby and My Daughter Will Be Able to Travel** [sic] [Docket No.180; Filed January 9, 2013]; on Plaintiff's **Motion to the Court: Again the Plaintiff Is Asking the Court to for a Motion for the Court to Make a Decision on the Plaintiffs Summery of Judgement or a Decision for a Jury Trial Against the Defendant, to Show that the Court is Not Prejudice or Discriminating Against the Plaintiff. On the Following Grounds** [sic] [Docket No. 181; Filed January 9, 2013]; and on Plaintiff's **Motion to the Court That If Any Documents Are Needed from the Plaintiff on Friday 1-11-2013 and the Plaintiff Has Not Been Emailed Any Thing from the Defendants Attorneys as to What If Any Thing Is Going On or Needs to Be Filed That the Plaintiff Will Need Time and the Information That the Court Needs on the Ground That the Plaintiff Needs to Know If the Defendant is Getting the Information in the Same Formant at the Court Is Giving the Plaintiff the Information** [sic] [Docket No. 182; Filed January 9, 2013] (collectively, the "Motions").

    Once again, the Court notes that it has repeatedly reminded Plaintiff, who is proceeding *pro se*, that she must comply with D.C.COLO.LCivR 7.1A. *See, e.g.*, [#36, #42, #45, #52, #67, #73, #85, #89, #148, #151, #170, #178]. Plaintiff must tell the Court in her motions whether opposing counsel opposes the relief she requests or whether opposing

counsel agrees to the relief she requests.  Plaintiff must tell the Court when and how she has attempted to confer with Defendant over the content of her motions.  The Motions do not provide this information.  Plaintiff has also been repeatedly warned that motions that do not comply with D.C.COLO.LCivR 7.1A. will be summarily stricken from the record. *See, e.g.*, [#52, #73, #85, #89, #148, #151, #170, #178].  Accordingly,

IT IS HEREBY **ORDERED** that the Motions [#180, #181, #182] are **STRICKEN**.

However, as a courtesy to Plaintiff, the Court notes that the District Judge will issue an Order in due course on the Recommendation [#146] issued on November 13, 2012, regarding the Motions for Summary Judgment [#81, #115].

Dated:  January 17, 2013