**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  11-cv-00968-REB-KLM

KATHLEEN CHYTKA,

     Plaintiff,

v.

WRIGHT TREE SERVICE, INC.,

     Defendant.

---

### ORDER DENYING MOTIONS TO STRIKE

**Blackburn, J.**

This matter is before me on the following: (1) **Defendant's Motion (1) To Strike Plaintiff's January 22, 2013 and January 28, 2013 Filings and (2) for Restrictions on Further Filings** [#188][1] filed February 5, 2013; and (2) **Plaintiff Motion To Strike the Defendants Motion To Strike the Plaintiffs January 22, 2013 and January 28, 2013 Filing.  2 An Other** [*sic*] **Motion for the Court To Make a Decision on the Plaintiffs Summery** [*sic*] **of Judgement** [*sic*] **or a Jury Trial** [#194] filed February 11, 2013.  The plaintiff filed a response [#193] to the defendant's motion.  I deny both motions.

The plaintiff is proceeding *pro se.* Thus, I continue to construe her pleadings and other filings with the deference due pro se litigants. **See Erickson v. Pardus**, 551 U.S. 89, 94 (2007); **Andrews v. Heaton**, 483 F.3d 1070, 1076 (10th Cir. 2007); **Hall v.**

---

[1] "[#188]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

***Bellmon***, 935 F.2d 1106, 1110 (10th Cir. 1991).

Initially, both of these motions were referred to the magistrate judge. After consulting with the magistrate judge and without objection from the magistrate judge, I withdraw the reference of these two motions [#188 & #194] to the magistrate judge.

I address the defendant's motion first. The defendant argues that the documents [#185. #186. & #187] filed by the plaintiff on January 22 and 28, 2013, should be stricken. Judged by their caption and the timing of their filing, these documents appear to be intended to state objections to an order [#184] of the magistrate judge. As the defendant notes, in these filings [#185, #186, & #187], the plaintiff addresses her version of the facts of this case and her contention that she has asserted valid claims in this case. The plaintiff does not address the basis for the order [#184] of the magistrate judge, nor does she show in any way that the order of the magistrate judge was issued in error.

The defendant objects further that the plaintiff did not comply with D.C.COLO.LCivR 7.1A. before filing these documents. Because the I read these filings as objections under FED. R. CIV. P. 72, I find that the plaintiff was not required to comply with D.C.COLO.LCivR 7.1A., before making these filings. However, the court notes that the plaintiff has been admonished repeatedly to comply with D.C.COLO.LCivR 7.1A., any time she files a motion requesting relief from the court. The only motions excepted from this requirement are motions to dismiss and motions for summary judgment. Some of the plaintiff's filings have been stricken based on the plaintiff's non-compliance with D.C.COLO.LCivR 7.1A. The court will not hesitate to strike future motions of the plaintiff if she does not demonstrate compliance with D.C.COLO.LCivR 7.1A.

The defendant asks the court to impose filing restrictions on the plaintiff pending

resolution of the dispositive motions pending in this case. Concurrently with this order, I have entered an order resolving the pending dispositive motions. Thus, I deny the request for filing restrictions as moot.

In her motion to strike [#194], the plaintiff appears to complain that she is not given adequate time to make a decision when the defendant contacts her to determine if the plaintiff objects to a motion the defendant intends to file. Other than that, the plaintiff rehearses, yet again, her version of the facts in this case and some of the reasons she believes she has asserted valid claims in this case. Nothing in the plaintiff's motion [#194] establishes a valid basis to strike the defendant's motion to strike [#188].

**THEREFORE, IT IS ORDERED** as follows:

1. That the court **WITHDRAWS** the reference to the magistrate judge of the motions docketed as [#188 & #194];

2. That the **Defendant's Motion (1) To Strike Plaintiff's January 22, 2013 and January 28, 2013 Filings and (2) for Restrictions on Further Filings** [#188] filed February 5, 2013, is **DENIED**; and

3. That the **Plaintiff Motion To Strike the Defendants Motion To Strike the Plaintiffs January 22, 2013 and January 28, 2013 Filing. 2 An Other** [sic] **Motion for the Court To Make a Decision on the Plaintiffs Summery** [sic] **of Judgement** [sic] **or a Jury Trial** [#194] filed February 11, 2013, is **DENIED**.

Dated February 15, 2013, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge

3