IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00968-REB-KLM

KATHLEEN CHYTKA,

    Plaintiff,

v.

WRIGHT TREE SERVICE, INC.,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to the Court If the Court is not Prejudice and Discriminating against the Pro Se White American Female single mother Plaintiff than the Pre trial that the Court is setting up will not stop the Plaintiff from getting a Jury trial. On the Following grounds that a pre trial is not stated here unless the Party is giving up their rights to a jury trial which the Plaintiff does not want to give up her right to a jury trial in this case. On the Grounds that the Plaintiff amount of 5 Million Dollars is what the Plaintiff is asking for in the Pre Trial and the Jury trial unless the Defendants wants to settle for the $1,413122.27 the Plaintiff is asking in the Plaintiff summery of judgment** [Docket No. 204; Filed March 5, 2013] (the "Motion").

    Yet again, the Court notes that it has repeatedly reminded Plaintiff, who is proceeding *pro se*, that she <u>must</u> comply with D.C.COLO.LCivR 7.1A. *See, e.g.*, [#36, #42, #45, #52, #67, #73, #85, #89, #148, #151, #170, #178, #184, #202]. Plaintiff <u>must</u> tell the Court in her motions whether opposing counsel opposes the relief she requests or whether opposing counsel agrees to the relief she requests. Plaintiff must tell the Court when and how she has attempted to confer with Defendant over the content of her motions. The Motions do not provide this information. If Plaintiff does not understand this requirement, she must ask the Court how she can comply. Plaintiff has also been repeatedly warned that motions that do not comply with D.C.COLO.LCivR 7.1A. will be summarily stricken from the record. *See, e.g.*, [#52, #73, #85, #89, #148, #151, #170, #178, #184, #202]. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#204] is **STRICKEN**.

1

However, as a courtesy to Plaintiff, the Court notes a Final Pretrial Conference does not prevent her from obtaining a jury trial. Rather, Plaintiff must attend the Final Pretrial Conference and help prepare the proposed pretrial order so that a trial in this matter can be set by the District Judge.

Dated:  March 11, 2013