IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00968-REB-KLM

KATHLEEN CHYTKA,

    Plaintiff,

v.

WRIGHT TREE SERVICE, INC.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to the Court to Answer Following Questions As To Why They Will Allow the Defendant All the Right and an American Female Pro Se Plaintiff No Rights in Court of Law** [sic] [Docket No. 220; Filed March 28, 2013] (the "Motion").  As a preliminary matter, the Motion does not comply with D.C.COLO.LCivR 7.1A., which provides as follows:

> The Court will not consider any motion, other than a motion under Fed. R. Civ. P. 12 or 56, unless counsel for the moving party or a *pro se* party, before filing the motion, has conferred or made reasonable, good faith efforts to confer with opposing counsel or a *pro se* party to resolve the disputed matter. The moving party shall state in the motion, or in a certificate attached to the motion, the specific efforts to comply with this rule.

As Plaintiff has been told many times before [#36, #42, #45, #52, #67, #73, #85, #89, #148, #151, #170, #178, #184, #198, #202, #206, #219], on this basis alone, the Motion is subject to being stricken.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#220] is **STRICKEN** for failure to comply with Local Rule 7.1A.

    Dated:  April 2, 2013