IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00968-REB-KLM

KATHLEEN CHYTKA,

      Plaintiff,

v.

WRIGHT TREE SERVICE, INC.,

      Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Plaintiff's **Motion to the Court for Answer to the Plaintiffs Motions and Responses, and If the Court Is Going to Allow the Me the Female Plaintiff My Summery of Judgment to End This Case or Is the Court Going to Allow the Female Plaintiff a Jury Trial.  Sense the Plaintiff Has Not Gotten an Answer from the Defendant. 2. And Is the Court Going to Allow the Female Plaintiff the Reconsideration on All Charges That the Female Plaintiff Put In Against the Defendant** [sic] [Docket No. 231; Filed April 26, 2013] (the "Motion").  As a preliminary matter, the Motion does not appear to comply with D.C.COLO.LCivR 7.1A., which provides as follows:

      The Court will not consider any motion, other than a motion under Fed. R. Civ. P. 12 or 56, unless counsel for the moving party or a *pro se* party, before filing the motion, has conferred or made reasonable, good faith efforts to confer with opposing counsel or a *pro se* party to resolve the disputed matter. The moving party shall state in the motion, or in a certificate attached to the motion, the specific efforts to comply with this rule.

As Plaintiff has been told many times before [#36, #42, #45, #52, #67, #73, #85, #89, #148, #151, #170, #178, #184, #198, #202, #206, #219, #224], on this basis alone, the Motion is subject to being stricken.  Accordingly,

      IT IS HEREBY **ORDERED** that the Motion [#231] is **STRICKEN** for failure to comply with Local Rule 7.1A.

However, as a courtesy to Plaintiff, the Court notes that the District Judge will issue rulings regarding the pending motions and objections in due course.

Dated:  April 30, 2013