IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00968-REB-KLM

KATHLEEN CHYTKA,

    Plaintiff,

v.

WRIGHT TREE SERVICE, INC.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's untitled **Motion for Order** [Docket No. 234; Filed May 14, 2013] (the "Motion"). Plaintiff "is asking again for the Court to make a decision on the Female Plaintiffs case for summery of judgement or a jury trial and reconsideration of all charges . . . ." *Motion* [#234] at 1.

    Plaintiff's request for a reconsideration of the District Judge's Order Adopting Recommendation of United States Magistrate Judge [#197] is pending before the District Judge. *See* [#229]. An Order regarding Plaintiff's request for reconsideration will issue in due course.

    The Recommendation of United States Magistrate Judge [#227] regarding Defendant's Motion to Dismiss Failure to Train Claim for Failure to Exhaust Administrative Remedies [#207] with respect to Plaintiff's remaining cause of action is pending before the District Judge. An Order on this Recommendation and Motion will issue in due course.

    Because the District Judge will enter a decision on these pending issues in due course,

    IT IS HEREBY **ORDERED** that the Motion [#234] is **DENIED as moot**.

    Dated: May 15, 2013