IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00968-REB-KLM

KATHLEEN CHYTKA,

    Plaintiff,

v.

WRIGHT TREE SERVICE, INC.,

    Defendant.
_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's untitled **Motion for Order** [Docket No. 238; Filed May 21, 2013] (the "Motion").[1]  As a preliminary matter, the Motion does not appear to comply with D.C.COLO.LCivR 7.1A., which provides as follows:

> The Court will not consider any motion, other than a motion under Fed. R. Civ. P. 12 or 56, unless counsel for the moving party or a *pro se* party, before filing the motion, has conferred or made reasonable, good faith efforts to confer with opposing counsel or a *pro se* party to resolve the disputed matter. The moving party shall state in the motion, or in a certificate attached to the motion, the specific efforts to comply with this rule.

As Plaintiff has been told many times before [#36, #42, #45, #52, #67, #73, #85, #89, #148, #151, #170, #178, #184, #198, #202, #206, #219, #224, #233], on this basis alone, the Motion is subject to being stricken.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#238] is **STRICKEN** for failure to comply with Local Rule 7.1A.

    Dated:  June 3, 2013

---

[1] The title of Plaintiff's Motion spans three pages and shall not be recited in full here.

1