IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00968-REB-KLM

KATHLEEN CHYTKA,

    Plaintiff,

v.

WRIGHT TREE SERVICE, INC.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to the Court to Release Exhibit Evidence** [Docket No. 251; Filed July 9, 2013] and on Plaintiff's **Motion to the Court for the Defendant to Show Evidence** [Docket No. 252; Filed July 9, 2013] (collectively, the "Motions").[1] As a preliminary matter, the Motions do not appear to comply with D.C.COLO.LCivR 7.1A., which provides as follows:

> The Court will not consider any motion, other than a motion under Fed. R. Civ. P. 12 or 56, unless counsel for the moving party or a *pro se* party, before filing the motion, has conferred or made reasonable, good faith efforts to confer with opposing counsel or a *pro se* party to resolve the disputed matter. The moving party shall state in the motion, or in a certificate attached to the motion, the specific efforts to comply with this rule.

As Plaintiff has been told many times before [#36, #42, #45, #52, #67, #73, #85, #89, #148, #151, #170, #178, #184, #198, #202, #206, #219, #224, #233, #242], on this basis alone, the Motions are subject to being stricken. Plaintiff is simply incorrect that Rule 7.1A. does not apply to the present Motions. *See* [#251] at 13; [#252] at 14. Accordingly,

    IT IS HEREBY **ORDERED** that the Motions [#251; #252] are **STRICKEN** for failure to comply with Local Rule 7.1A.

    However, as a courtesy to Plaintiff,

---

[1] The exceedingly lengthy titles of Plaintiff's Motions will not be recited in full here.

IT IS FURTHER **ORDERED** that Defendant shall send to Plaintiff copies of all exhibits filed in support of its Motion for Summary Judgment [#115], its Reply in support of its Motion for Summary Judgment [#128], and its Motion to Dismiss for Failure to State a Claim for Failure to Exhaust Administrative Remedies [#207].  Defendant shall file a certificate of service on the electronic docket within 10 business days certifying that it has complied with this order.

Dated:  July 12, 2013