IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00968-REB-KLM

KATHLEEN CHYTKA,

    Plaintiff,

v.

WRIGHT TREE SERVICE, INC.,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's various **Motions** [Docket Nos. 276, 277, 278, 279; Filed September 6, 2013] [Docket Nos. 281, 282, 283, 284, 285; Filed September 9, 2013] [Docket Nos. 287, 289, 290, 291; Filed September 10, 2013].[1]  For the following reasons,

    IT IS HEREBY **ORDERED** that the Motions [#276, #277, #278, #279, #281, #282, #283, #284, #285, #287, #289, #290, #291] are **DENIED**.

    First, the Motions do not comply with D.C.COLO.LCivR 7.1A.  As Plaintiff has been told many times before *See, e.g.*, [#36, #42, #45, #52, #67, #73, #85, #89, #148, #151, #170, #178, #184, #198, #202, #206, #219, #224, #233, #242], on this basis alone, the Motions are subject to being stricken.

    Second, much of the content of the Motions is redundant and unintelligible, in violation of D.C.COLO.LCivR 7.1H.  The Motions are also subject to being stricken on this basis alone.

    Third, to the extent that Plaintiff seeks reconsideration of previous rulings by the court, she has failed to establish any of the bases for reconsideration as outlined to her by the District Judge on August 20, 2013.  *See Order* [#267] at 2 (quoting *Servants of the Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir. 2000)).

---

[1] The generally lengthy titles of Plaintiff's Motions will not be recited in full here.

Fourth, to the extent that Plaintiff seeks summary judgment and a jury trial, all such motions thereon have been resolved and this case is set for a Final Pretrial Conference on **September 30, 2013** at **11:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. *See Order* [#267] at 2; *Minute Order* [#271].

Fifth, to the extent that Plaintiff seeks copies of Defendant's exhibits, they have already been provided to her more than once and the Court will neither provide nor order Defendant to provide additional copies to Plaintiff. *See* [#115, #128, #207, #254, #255]. As noted by the District Judge, Plaintiff "has ready access to the information she seeks in the record of this case" because "[a]ll of the motions, hearings, evidence, and other proceedings in this case are a matter of public record." *Order* [#267] at 2-3.

Sixth, to the extent that Plaintiff asks Chief Judge Krieger to consider this case and/or overrule decisions made in this case by the assigned District Judge and Magistrate Judge, the District Judge has already ruled that Plaintiff has failed to establish any basis for a reassignment of this case. *See Order* [#267] at 3. In the present Motions, Plaintiff has failed to provide any new reasons supporting reassignment of this matter. *See Bixler v. Foster*, 596 F.3d 751, 762 (10th Cir. 2010) ("Adverse rulings alone do not demonstrate judicial bias."). Moreover, Chief Judge Krieger does not have authority to "overrule" decisions of Judge Blackburn.

Dated: September 13, 2013