IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00968-REB-KLM

KATHLEEN CHYTKA,

    Plaintiff,

v.

WRIGHT TREE SERVICE, INC.,

    Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's various **Motions** [Docket Nos. 295, 296, 297, 298; Filed September 13, 2013].[1]  These Motions are materially identical to Motions previously filed and ruled on by the Court: (1) #295 is the same as #289; (2) #296 is the same as #287; (3) #297 is the same as #290; and (4) #298 is the same as #291.  *See Minute Order* [#300] (ruling on #287, #289, #290, #291).  Pursuant to D.C.COLO.LCivR 7.1H., the Court may strike motions that are redundant.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motions [#295, #296, #297, #298] are **STRICKEN**.

    Dated:  September 17, 2013

---

[1] The generally lengthy titles of Plaintiff's Motions will not be recited in full here.