IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00968-REB-KLM

KATHLEEN CHYTKA,

    Plaintiff,

v.

WRIGHT TREE SERVICE, INC.,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion** [Docket No. 303; Filed September 17, 2013].[1]  In the Motion, Plaintiff states that she disagrees with prior rulings by the Court and therefore requests that the Final Pretrial Conference be vacated until her previous causes of action are reinstated.

    IT IS HEREBY **ORDERED** that the Motion [#303] is **DENIED**.  However,

    IT IS FURTHER **ORDERED**, *sua sponte*, that the Final Pretrial Conference set for September 30, 2013 at 11:00 a.m. is **CONVERTED** to a Status Conference.[2]  Plaintiff and counsel for Defendant shall appear <u>in person</u> on **September 30, 2013 at 11:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    Dated:  September 18, 2013

---

[1] The lengthy title of Plaintiff's Motion will not be recited in full here.

[2] Accordingly, no proposed Final Pretrial Order will be due prior to this setting.