IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00968-REB-KLM

KATHLEEN CHYTKA,

    Plaintiff,

v.

WRIGHT TREE SERVICE, INC.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Chief Judge Krieger That Magistrate Mix Should Be With Drawn From This Case and the Status Conference Should Be Vacated Until I the Pro Se Get the Exhibits that Show Why I the Pro Se Plaintiff Charges Were Dropped Against the Defendant and That Magistrate Mix Should Have been Conferring With You on Her Actions in this Case. 2. Motion for Chief Judge Krieger to Over See This Case to Make Decision on This Case. See as Follows.** [sic] [Docket No. #312; Filed September 23, 2013] and on Plaintiff's **Motion to Chief Judge Krieger, Blackburn and Magistrate Mix to Send I the Pro Se Plaintiff the Exhibits the Defendant Filed With the Court That Shows Why I the Pro Se Plaintiffs Charges Were Dismissed By the Court Judges in This Case and to Reinstate I the Pro Se Plaintiff Charges on This Day September 24 2013 on the Grounds the Court and the Defendant Has Yet to Show Why the Pro Se Plaintiffs Charges Were Dismissed By the Court. Send to Below Address. And to Resinstate All Charges That Were Dismissed Against the Defendant** [Docket No. 314; Filed September 24, 2013] (collectively, the "Motions").

    Plaintiff seeks no relief that she has not already sought and been denied. *See Order* [#267]; *Minute Orders* [#300, #308]. Plaintiff provides no new facts necessitating reconsideration of these prior Orders. Accordingly,

    IT IS HEREBY **ORDERED** that the Motions [#312, #314] are **DENIED**.

    Dated: October 2, 2013