IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00968-REB-KLM

KATHLEEN CHYTKA,

    Plaintiff,

v.

WRIGHT TREE SERVICE, INC.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Chief Judge Again I Filed Something With the Court on 10-15-2013 at 9:51 AM That Did Not Get Filed the Same Day and I Sent It to the Defendants Attorney. My Motion Got Filed on 10-16-2013. So Why Did It Take Until 10-16-2013 to Have My Motion to the Court Scanned in to the Docket Please Answer. This is Not the First Time This Has Happened It Also Happened Before the Government Shut Down Why? Which Also Show Treason Against the USA Constitution, Bill of Rights and Civil Rights of I an American Citizen I the Pro Se Plaintiff. The Pro Se Plaintiff Wants a Written Explanation Sent to the Below Address and Put on the Docket on October 18-2013 and Emailed to I the Pro Se Plaintiff. Unless the Court is Against the American People. 2. Motion for the Court to Let I the Pro Se Plaintiff Know If the Pre Trial Is Vacated That Was Set in November 2013 By Magistrate Mix.** [sic] [#319] (the "Motion"). The Court construes the Motion as a motion for clarification. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#319] is **GRANTED** to the extent that the Court clarifies as follows:

    (1) The Clerk's Office must handle hundreds of cases every day. Plaintiff's submission of a hard-copy document on one day that was not scanned on the electronic docket until the following day is not a ground for treason.

    (2) The Final Pretrial Conference remains set in this case for November 14, 2013 at 11:00 a.m. in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    Dated: October 22, 2013