IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00968-REB-KLM

KATHLEEN CHYTKA,

    Plaintiff,

v.

WRIGHT TREE SERVICE, INC.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion** [#323].[1]

    Plaintiff seeks no relief that she has not already sought and on which the Court has already issued various Orders.  *See, e.g., Orders* [#267, #325]; *Minute Orders* [#300, #308, #316, #322].  Plaintiff provides no new facts necessitating reconsideration of these prior Orders.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#323] is **DENIED**.

    Dated:  October 25, 2013

---

[1] The Court does not provide the entirety of the lengthy title to Plaintiff's Motion.