IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00968-REB-KLM

KATHLEEN CHYTKA,

    Plaintiff,

v.

WRIGHT TREE SERVICE, INC.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's first **Motion to the Chief Judge Marcia Krieger to Make a Decision** [#348]; on Plaintiff's second **Motion to the Chief Judge Marcia Krieger to Make a Decision** [#349]; and on Plaintiff's **Motion to Chief Judge Marcia Krieger in Response to Magistrate Mix / and Overseeing Judge Blackburn** [#351] (collectively, the Motions).[1]

    Plaintiff seeks no relief that she has not already sought and on which the Court has already issued various Orders. *See, e.g.*, *Orders* [#267, #325]; *Minute Orders* [#300, #308, #316, #322]. Plaintiff provides no new facts necessitating reconsideration of these or other prior Orders. Accordingly,

    IT IS HEREBY **ORDERED** that the Motions [#348, #349, #351] are **DENIED**.

    Dated: January 29, 2014

---

[1] The Court does not provide the entirety of the lengthy titles to Plaintiff's Motions.