IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00968-REB-KLM

KATHLEEN CHYTKA,

    Plaintiff,

v.

WRIGHT TREE SERVICE, INC.,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion In petition to Chief Judge Marcia Krieger to answer I the Pro Se Plaintiffs petitions** [sic] [#360] and on Plaintiff's **Motion to In petition to the Chief judge Krieger for the Judges Mix and Black burn and the Defendant/Defendants Attorneys to answer all of the Below in Exhibit form with Explanation** [#363] (collectively, the Motions).[1]

    Plaintiff seeks no relief that she has not already sought and on which the Court has already issued various Orders. *See, e.g.*, Orders [#267, #325]; *Minute Orders* [#300, #308, #316, #322, #359]. Plaintiff provides no new facts necessitating reconsideration of these or other prior Orders. Accordingly,

    IT IS HEREBY **ORDERED** that the Motions [#360, #363] are **DENIED**.

    Dated: February 24, 2014

---

[1] The Court does not provide the entirety of the lengthy titles to Plaintiff's Motions.