**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  11-cv-00968-REB-KLM

KATHLEEN CHYTKA,

    Plaintiff,

v.

WRIGHT TREE SERVICE, INC.,

    Defendant.

---

**MINUTE ORDER**[1]

---

    The matter is before the court on the **Motion For Summery Judgement** [*sic*] [#428][2] filed August 14, 2014, by pro se plaintiff.  The motion is **DENIED**.  The deadline for the filing of dispositive motions was August 6, 2012.  *See* the court's **Minute Order** [#85] entered June 4, 2012.

    **IT IS FURTHER ORDERED** that the Final Pretrial Conference and Trial Preparation Conference shall go forward on **August 22, 2014**, at 10:00 a.m.

    Dated: August 14, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#428]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.