**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  11-cv-00968-REB-KLM

KATHLEEN CHYTKA,

      Plaintiff,

v.

WRIGHT TREE SERVICE, INC.,

      Defendant.

## ORDER

**Blackburn, J.**

This matter is before me on the filing of the plaintiff captioned as "**Motion to the Court and Judge Blackburn So long as I am allowed to be at the juror picking when they fill this out and I get a Copy this paper work**" [#434][1] filed August 20, 2014.  This motion appears to have been filed in response to my order [#433] approving the juror questionnaire.

The plaintiff seeks, in essence, to be provided a copy of juror questionnaires used in this case and to be present for jury selection in this case.  As a matter of course, the plaintiff will be provided a copy of the relevant juror questionnaires, and she will present for jury selection on the first day of trial.  Thus, her requests for relief in this motion [#434] are moot.

---

[1] "[#434]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** that the filing of the plaintiff captioned as "**Motion to the Court and Judge Blackburn So long as I am allowed to be at the juror picking when they fill this out and I get a Copy this paper work**" [#434] filed August 20, 2014, is **DENIED** as moot.

Dated September 5, 2014, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge