**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 11-cv-00968-REB-KLM

KATHLEEN CHYTKA,

    Plaintiff,

v.

WRIGHT TREE SERVICE, INC.,

    Defendant.

---

**ORDER QUASHING SUBPOENA**

---

**Blackburn, J.**

    This matter is before me on **Bryan E. Kuhn's Motion To Quash Plaintiff's Subpoena for Appearance as a Witness at Trial** [#449] filed September 5, 2014. I grant the motion.

    On September 5, 2014, I entered an **Order Quashing Subpoenas** [#450] addressing and quashing "all witness subpoenas issued by or on behalf of the plaintiff purporting to compel any individual, other than the plaintiff, to be present or to testify at the trial of this case . . . ." *Order* [#450], p. 3, ¶ 2. That order [#450] effectively quashes the subpoena issued to Bryan E. Kuhn. For the reasons stated in that order [#450], the subpoena served on Mr. Kuhn is quashed.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That **Bryan E. Kuhn's Motion To Quash Plaintiff's Subpoena for Appearance as a Witness at Trial** [#449] filed September 5, 2014, is **GRANTED**; and

2. That the subpoena served on Bryan E. Kuhn and addressed in his motion [#449] is **QUASHED**, and Bryan E. Kuhn is **EXCUSED** and **RELEASED** from that subpoena.

Dated September 8, 2014, at Denver, Colorado.

                                      **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge